IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KERRY EKBERG and HENRY EKBERG, | § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO. 1:11-cv-573-LY |
| v. | § § | |
| WELLS FARGO BANK, N.A., | § § | |
| *Defendant*. | § | |

## WELLS FARGO BANK, N.A.'S ADVISORY TO THE COURT OF A CLERICAL ERROR RELATED TO WELLS FARGO'S SERVICE ON PLAINTIFFS

COMES NOW Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and files this Advisory to the Court of a Clerical Error Related to Wells Fargo's Service on Plaintiffs, respectfully showing as follows:

On August 1, 2011, Wells Fargo filed it Response to Plaintiffs' Motion to Remand (Doc. 9) and its Reply in Support of Its Motion to Dismiss (Doc. 10). Due to a clerical error, service of both documents was unsuccessful—both envelopes were incorrectly addressed. Wells Fargo apologizes for the error. Wells Fargo remedied the mistake by serving copies of both documents via Regular Mail and Certified Mail, Return Receipt Requested, on August 8, 2011. Given the lack of proper service, Wells Fargo has no objection to the Court extending the deadline for Plaintiffs to file a reply in support of their motion to remand as the Court sees fit.

Respectfully submitted,

/s/ Matthew H. Davis
**Robert T. Mowrey**
  State Bar No. 14607500
**Matthew H. Davis**
  State Bar No. 24069580
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Facsimile)

**B. David L. Foster**
  State Bar No. 24031555
100 Congress Avenue, Suite 300
Austin, Texas  78701
512-305-4700 (Telephone)
512-305-4800 (Facsimile)

**ATTORNEYS FOR DEFENDANT
WELLS FARGO BANK, NA.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via *Regular Mail and Certified Mail, Return Receipt Requested* consistent with the Federal Rules of Civil Procedure on the 9th day of August 2011, on the following:

**Kerry Ekberg (pro se)**
**Henry Ekberg (pro se)**
14604 Sandy Side Drive
Austin, Texas 78728
(512) 251-3552

/s/ Matthew H. Davis
Counsel for Defendant